IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORT PITT CAPITAL GROUP, INC., a Pennsylvania corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE FORT PITT GROUP, LP, a Pennsylvania limited partnership, THE FORT PITT GROUP, INC., a Pennsylvania corporation, and THE FORT PITT GROUP LLC, a Pennsylvania limited liability company,<br><br>　　　　Defendants. | C.A. No.: 2:06-CV-333 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME Fort Pitt Capital Group, Inc., The Fort Pitt Group, LP, The Fort Pitt Group, Inc. and The Fort Pitt Group LLC, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the confidential terms of a settlement entered into by the parties, jointly stipulate to dismiss with prejudice of this action, including all claims and counterclaims asserted therein.

METZ LEWIS LLC                                         DICKIE, McCAMEY & CHILCOTE

By:  /s/Barry I. Friedman                          By:  /s/Steven W. Zoffer
　　　Barry I. Friedman, Esquire                       Steven W. Zoffer, Esquire
　　　Pa. I.D. No. 50507                               Pa. I.D. No.

　　　11 Stanwix Street, 18th Floor                    Two PPG Place, Suite 400
　　　Pittsburgh, Pennsylvania 15222                   Pittsburgh, Pennsylvania 15222
　　　bfriedman@metzlewis.com                          szoffer@dmclaw.com
　　　Telephone: (412) 918-1100                        Telephone: (412) 281-7272
　　　Facsimile: (412) 918-1199                        Facsimile: (412) 392-5367

　　　Attorneys for Plaintiff                          Attorneys for Defendants

Dated: August 24, 2006                                 Dated: August 24, 2006

AND NOW, this 27th day of August, 2006, IT IS SO ORDERED.

_____
Judge Gary L. Lancaster